FILED
2014 Aug-28  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DAVID L. FLANIGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| **vs.** | ) | **2:13-cv-00773-AKK** |
| | ) | |
| **INDEPENDENT BANK,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The court has for its consideration the parties' joint stipulation of dismissal, doc. 34. It is **ORDERED** that this action be and hereby is **DISMISSED WITH PREJUDICE.** Costs are taxed as paid.

**DONE** this 28th day of August, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE